Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant SDH Services West LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGO PADILLA, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>SODEXO, INC., a Foreign Corporation, DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendant. | Case No.: 2:19-cv-00810-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>(*First Request*) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Defendant SDH Services West LLC[1] ("Defendant") and Plaintiff Rodrigo Padilla ("Plaintiff") hereby request a three-week extension of time, up to and including, June 24, 2019 for Defendant to file its response to Plaintiff's Complaint (ECF No. 1). The present deadline for Defendant to file its response is June 3, 2019. This is the parties' first request for an extension of time for Defendant to file its response.

This Stipulation is made in good faith and is not intended for purposes of delay. The parties are exploring whether and to what extent they are agreeable to stipulating to arbitrate this matter. If not, Defendant would like the additional time to prepare a response to the Complaint and/or file a Motion to Compel Arbitration.

---
[1] Erroneously identified as "Sodexo, Inc." in Plaintiff's Complaint.

As a result, good cause exists to extend the response deadline. Therefore, the parties respectfully request a three-week extension of time up to and including June 24, 2019 for Defendant to file its response to Plaintiff's Complaint.

DATED this 3rd day of June, 2019.     DATED this 3rd day of June, 2019.

HKM EMPLOYMENT ATTORNEYS LLP     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D.
Nevada Bar No. 9017
Marta D. Kurshumova
Nevada Bar No. 14728
1785 E. Sahara, Suite 300
Las Vegas, NV 89104
*Attorneys for Plaintiff*

/s/ Dana B. Salmonson
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

June 4, 2019
_____
DATED

2