Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Sodexo, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RODRIGO PADILLA, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>SODEXO, INC., a Foreign Corporation, DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendant. | Case No.: 2:19-cv-00810-JAD-NJK<br><br>**STIPULATION AND ORDER TO STAY MATTER PENDING ARBITRATION**<br><br>(*First Request*)<br><br>ECF Nos. 11, 12, 13 |

On July 8, 2019, Defendant Sodexo, Inc. ("Defendant") filed its Motion to Compel Arbitration (ECF No. 11) and Motion to Stay pending resolution of its Motion to Compel Arbitration (ECF No. 12). As a result, Defendant and Plaintiff Rodrigo Padilla ("Plaintiff"), by and through their respective counsel, have agreed to arbitrate this matter, and hereby request a stay of all proceedings in this matter pending the outcome of arbitration in accordance with the terms set forth in Defendant's Mutual Agreement to Arbitrate Claims executed by Plaintiff and as otherwise required by our law or rules. Nothing in this Stipulation and Order to Stay Matter Pending Arbitration shall be deemed a waiver and/or release for the parties to present such claims and/or defenses in Arbitration.

. . .

Accordingly, the parties hereby stipulate that this matter be stayed pursuant to 9 U.S.C. § 3 and that this matter be compelled to arbitration.

DATED this 22nd day of July, 2019.

HKM Employment Attorneys LLP

/s/ Marta D. Kurshumova
Jenny L. Foley, Ph.D.
Nevada Bar No. 9017
Marta D. Kurshumova
Nevada Bar No. 14728
1785 E. Sahara, Suite 300
Las Vegas, NV 89104
*Attorneys for Plaintiff*

DATED this 22nd day of July, 2019.

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

/s/ Dana B. Salmonson
Anthony L. Martin
Nevada Bar No. 8177
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*

### ORDER

Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS HEREBY ORDERED that **this case is STAYED pending arbitration**. It is further ordered that Defendant's Motion to Compel Arbitration and Stay Proceedings [ECF Now. 11, 12] is DENIED as moot. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. Once the arbitration process is completed, any party may move to lift this stay.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 23, 2019

2