Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Sodexo, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RODRIGO PADILLA, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>SODEXO, INC., a Foreign Corporation, DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendant. | Case No.:  2:19-cv-00810-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE**<br><br>ECF No. 15 |

IT IS HEREBY STIPULATED, by and between Defendant Sodexo, Inc. ("Defendant") and Plaintiff Rodrigo Padilla ("Plaintiff"), and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

. . .

. . .

. . .

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 30th day of January, 2020. | DATED this 30th day of January, 2020. |
| HKM EMPLOYMENT ATTORNEYS LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *Marta D. Kurshumova* | /s/ *Dana B. Salmonson* |
| Jenny L. Foley, Ph.D.<br>Nevada Bar No. 9017<br>Marta D. Kurshumova<br>Nevada Bar No. 14728<br>1785 E. Sahara, Suite 300<br>Las Vegas, NV  89104<br>*Attorneys for Plaintiff* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Dana B. Salmonson<br>Nevada Bar No. 11180<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  89169<br>*Attorneys for Defendant* |

**ORDER**

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 31, 2020

2